IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

U. S. BANK N.A.
as Trustee for Master Adjustable Rate
Mortgage Trust 2007-1, Mortgage
Pass-Through Certificates, Series
2007-1,

   Plaintiff,

    v.

FRANCISCO VALLEJOS
AND ANY OTHER OCCUPANT, et
al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-646-TWT

ORDER

This is a dispossessory action wrongful removed to this Court. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending remanding the case to the Magistrate Court of Fulton County. This Court lacks subject matter jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Fulton County.

SO ORDERED, this 11 day of May, 2012.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge